IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD SULLIVAN BENAVENTE, | § § § | |
| Petitioner, | § § § | |
| v. | § § | No. 3:23-cv-1964-K (BT) |
| C. RIVERS, | § § § | |
| Respondent. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the petitioner's case will be **DISMISSED**.

If the petitioner appeals, he must pay the $605.00 appellate filing fee with the United States Court of Appeals for the Fifth Circuit or seek leave with this Court to proceed *in forma pauperis* on appeal.

The petitioner does not need a certificate of appealability to appeal the denial of a habeas petition under 28 U.S.C. § 2241.

SO ORDERED.

Signed April 1st, 2025.

_____
**ED KINKEADE**
**UNITED STATES DISTRICT JUDGE**